S. Jerome Mandel (State Bar No. 51091)
sjmandel@mandelnorwood.com
**MANDEL NORWOOD & GRANT**
10100 Santa Monica Boulevard
Suite 300
Los Angeles, California 90067
Phone: (310) 315-0400 ♦ Fax: (310) 315-0404

Attorneys for Plaintiffs, SCOTT MCLEAN, an individual; and RAELENE CHAPMAN, an individual

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MCLEAN, an individual; and RAELENE CHAPMAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT, INC., a Delaware Corporation; H2 FILMS, LLC, a California limited liability company; BRIAN SMRZ, an individual; RUSSELL SOLBERG, an individual, and DOES 1 through 10, inclusive. <br><br> Defendants. | CASE NO. CV11-07146 GHK (PLAx) <br><br> Complaint Filed: 8/30/11 <br><br> [Assigned for All Purposes to Judge George King] <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP SECTION 41(a) (1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP SECTION 41(A) (1)(a)(i)**

Pursuant to FRCP 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, plaintiffs Scott McLean and Raelene Chapman, and their counsel of record, hereby dismiss as to all defendants the Complaint filed in this matter on August 30, 2011.

DATED: November 30, 2011           MANDEL NORWOOD & GRANT

BY: _____
S. JEROME MANDEL
Attorneys for Plaintiffs,
SCOTT MCLEAN, and RAELENE CHAPMAN

-1-
NOTICE OF VOLUNTARY DISMISSAL